UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SCOTT CHESHIRE                                                            CIVIL ACTION NO. _____

VERSUS

NORTH AMERICAN AUTOMOTIVE GROUP, LLC
and MICHAEL PIERCE

**COMPLAINT**

Plaintiff, Scott Cheshire, a resident of the age of majority residing in the Parish of East Baton Rouge, State of Louisiana, brings this complaint against North American Automotive Group, LLC and Michael Pierce, stating the following:

*Defendants*

1.

Made defendants herein are:

(a) North American Automotive Group, a limited liability company organized under the laws of the State of Louisiana, domiciled and having its principal place of business in Ascension Parish, Louisiana; and

(b) Michael Pierce, a natural person of the age of majority, who is a member and manager of North American Automotive Group.

*Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiff files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within the parish of East Baton Rouge, Louisiana.

***Plaintiff***

5.

Plaintiff has been employed by North American Automotive Group, LLC in his current job for approximately one year.

6.

North American Automotive Group is a used car dealer. Plaintiff was employed as a facilities maintenance worker at the defendant's business locations. His duties included general maintenance tasks at the dealership's locations, including but not limited to electrical, plumbing, air conditioning repair, and minor carpentry work.

7.

Plaintiff routinely worked far in excess of 40 hours per week. He estimates that he worked approximately 65 to 75 hours per week, but he was not paid overtime as required by the Fair Labor Standards Act.

8.

Upon information and belief, the exact amount of hours plaintiff worked each week is known to the defendants.

9.

Plaintiff was the non-exempt employee of the defendants under the FLSA. Defendant Pierce, as managing member of the company, was responsible for the company's decision not to pay overtime to the plaintiff. He is also plaintiff's "employer," as that term is defined by the FLSA.

10.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times the rate of his regular pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

11.

The defendants knowingly and willfully violated the FLSA. Plaintiff is therefore also entitled to recover from defendants an equal sum as liquidated damages, together with reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendants, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendants, North American Automotive Group, LLC and Michael Pierce, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

ESTES DAVIS LAW, LLC

/S Daniel B. Davis
Daniel B. Davis (La. Bar Roll No. 30141)
Randall E. Estes (Bar Roll No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 336-3394
Facsimile:   (225) 384-5419
Email: dan@estesdavislaw.com
*Attorneys for Plaintiff*